UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNEST RIVERS,

                        Petitioner,

  -against-

IMMIGRATION, BROOKLYN SUPREME,
N.Y. CORRECTION,

                       Respondents.
------------------------------------------------------------------X

JUDGMENT
07-CV- 0865 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2010
P.M.
TIME A.M.

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 20, 2010, dismissing without prejudice petitioner's petition for a writ of habeas corpus; it is

      ORDERED and ADJUDGED that judgment is hereby entered dismissing petitioner's petition for a writ of habeas corpus without prejudice.

Dated: Brooklyn, New York
       January 20, 2010

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court

